FILED

Name: Kewana Smith

Address: P.O. Box 2262

Montclair CA 91763

Phone: 626-664-4926

Fax: _____

In Pro Per

2015 DEC -7  PM 3: 55

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY_____

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

United States of
America

                        Plaintiff

v.

Kewana Smith

                        Defendant(s).

CASE NUMBER:

15-2132 JGB (SP)

Answer

( Enter document title in the space provided above)

I, Kewana Smith, have paid $4,77700
of my student loans. The amount due
is $1,851.00.

1

*Page Number*

CV-127 (09/09)          PLEADING PAGE FOR A SUBSEQUENT DOCUMENT