UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV15-2132-JGB-SPx | Date | February 22, 2016 |
| Title | United States of America v. Kewana Smith | | |

Present: The Honorable   JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Adele C. Frazier |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | Kawana Smith, pro se |

**Proceedings:**   **Scheduling Conference / Order to Show Cause Why Sanctions Should Not Be Imposed Against Counsel for Plaintiff United States of America for Failure to Appear**

     On December 18, 2015, the Court issued an order setting a scheduling conference for February 22, 2016 at 11:00 a.m.  (Doc. No. 13.)  On February 22, 2016, the Court held a scheduling conference.  In violation of Local Rule 7-13, counsel of record for Plaintiff United States of America, Michael Lawrence Goldsmith, failed to appear.  The Court ORDERS Mr. Goldsmith to show cause why he should not be sanctioned in the amount of $500 for his failure to appear at the conference.  Counsel shall respond in writing to this Order no later than February 26, 2016.  Counsel's failure to adequately respond may result in sanctions against him.

     **IT IS SO ORDERED.**