UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | |
|---|---|
| Case No. **EDCV15-2132-JGB(SPx)** | Date March 1, 2016 |
| Title *United States of America v. Kewana Smith* | |

Present: The Honorable   JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   Order (1) DISCHARGING Order to Show Cause (Doc. No. 14); and (2) REQUIRING Parties to File Joint Rule 26(f) Report by March 7, 2016 (IN CHAMBERS)

On February 22, 2016, the Court issued an order to show cause why sanctions should not be entered against counsel for Plaintiff United States of America, Michael Lawrence Goldsmith, for failure to appear at the Court-ordered scheduling conference on February 22, 2016 at 11:00 a.m. ("OSC," Doc. No. 14.) On February 24, 2016, Mr. Goldsmith filed a response to the OSC. (Doc. No. 15.) The Court has reviewed Mr. Goldsmith's response and elects not to impose sanctions at this time. The Court cautions Mr. Goldsmith that any future failure to appear at a court-ordered hearing will result in the imposition of sanctions.

The parties are ordered to file a Joint Rule 26(f) report **no later than March 7, 2016**. (See Order Setting Scheduling Conference for instructions on filing a Rule 26(f) report, Doc. No. 13.) After the parties have filed a Joint Rule 26(f) report, the Court will determine whether a scheduling conference is necessary.

**IT IS SO ORDERED.**