# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | EDCV15-02132-SP | Date | May 23, 2017 |
| Title | UNITED STATES OF AMERICA v. KEWANA SMITH | | |

| Present: The Honorable | Sheri Pym, United States Magistrate Judge |
|---|---|

| Kimberly I. Carter | None | XTR RECORDER |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Michael Lawrence Goldsmith | Kewana Smith (Pro Se) |

**Proceedings:** Telephonic Status Conference

    A Telephonic Conference was held in this matter on May 23, 2017. The court and parties conferred regarding the status of the case.

    The court will refer the parties to a Panel Mediator by separate order, and advances the deadline to conduct an initial settlement conference or mediation to August 31, 2017. All other dates to remain as previously set.

|  | 00.06 |
|---|---|
| Initials of Preparer | KC |