GOLDSMITH & HULL. A P.C./590260/590261
Michael L. Goldsmith SBN 291700
16933 Parthenia Street, Suite 110
Northridge, CA 91343
(818) 990-6600 FAX (818) 990-6140
Govdept1@goldsmithcalaw.com

Attorneys for Plaintiff
United States of America

JS-6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEWANA SMITH AKA KEWANA Y. SMITH AKA KEWANA YVETTE SMITH<br><br>Defendant(s) | No. 5:15-cv-02132-SP<br><br>**ORDER DISMISSING CASE AND COURT RESERVING JURISDICTION** |

IT IS HEREBY ORDERED that the above-entitled case is dismissed without prejudice with the Court reserving jurisdiction for the sole purpose of enforcing the terms of the Stipulation for Entry of Judgment Upon Default executed by the parties.

DATED: September 22, 2017

_____

HON. SHERI PYM, MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT